**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00248 |
| | ) | Judge Trauger |
| EDWARD DESHAWN SMITH | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket

No. 55) shall be held on Monday, October 15, 2012, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 27th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge